# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| W. J. SMITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 17-0191-CG-B |
| ) | |
| LIQUID TRANSPORT CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated February 15, 2018, is **ADOPTED** as the opinion of this Court. Accordingly, Defendant Liquid Transport Corp.'s Motion to Partially Dismiss Plaintiff's First Amended Complaint and Strike Certain Improper Allegations (Doc. 38) is **DENIED**.

**DONE and ORDERED** this 5th day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE