IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| W.J. and IRMA SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 2:17-CV-0191-CG-B |
| | ) | |
| LIQUID TRANSPORT CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendants Liquid Transport Corporation and Great West Casualty Company's and against Plaintiffs W.J. and Irma Smith. Summary judgment having been entered in Defendants' favor, this action is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERD** this 13th day of July, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE